UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 3 18cr 35(AVC) |
| | : | |
| v. | : | VIOLATION: |
| | : | |
| | : | 18 U.S.C §§ 922(g)(1) and 924(a)(2) |
| | : | (Unlawful Possession of Ammunition by a |
| | : | Convicted Felon) |
| RICHARD DAVIS, a.k.a. "Quan Bezel" | : | |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Unlawful Possession of Ammunition by a Convicted Felon)

1.  On or about January 10, 2014, in the District of Connecticut, the defendant RICHARD

DAVIS, a.k.a. "Quan Bezel," having been convicted in the Superior Court of the State of

Connecticut of crimes punishable by imprisonment for a term exceeding one year, that is: (1)

Carrying a Pistol Without a Permit in violation of Connecticut General Statutes § 29-35(a) on or

about April 7, 2010; (2) Theft of a Firearm in violation of Connecticut General Statutes § 53a-212

on or about April 14, 2010; and (3) Sale of a Controlled Substance in violation of Connecticut

General Statutes § 21a-277(b) on or about February 1, 2012, did knowingly possess ammunition in

and affecting commerce, namely fifteen (15) rounds of Cascade Cartridge Inc. .22 caliber

ammunition, which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

<u>COUNT TWO</u>
(Unlawful Possession of Ammunition by a Convicted Felon)

2.   On or about January 23, 2014, in the District of Connecticut, the defendant RICHARD

DAVIS, a.k.a. "Quan Bezel," having been convicted in the Superior Court of the State of

Connecticut of crimes punishable by imprisonment for a term exceeding one year, that is: (1)

Carrying a Pistol Without a Permit in violation of Connecticut General Statutes § 29-35(a) on or

about April 7, 2010; (2) Theft of a Firearm in violation of Connecticut General Statutes § 53a-212

on or about April 14, 2010; and (3) Sale of a Controlled Substance in violation of Connecticut

General Statutes § 21a-277(b) on or about February 1, 2012, did knowingly possess ammunition in

and affecting commerce, namely one (1) round of .32 caliber ammunition marked "W-W .32,"

which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

<u>FORFEITURE ALLEGATION</u>
(Ammunition Offenses)

3.   Upon conviction of the offenses alleged in Counts One and Two of this Indictment, the

defendant RICHARD DAVIS, a.k.a. "Quan Bezel," shall forfeit to the United States, pursuant to

Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), the

ammunition involved in the commission of the offenses, including but not limited to the following:

fifteen (15) rounds of Cascade Cartridge Inc. .22 caliber ammunition and one (1) round of .32

caliber ammunition marked "W-W .32," all of which were seized from the defendant on January

10, 2014 and January 23, 2014 in the District of Connecticut.

A TRUE BILL

/s/
_____
FOREPERSON

_____
DEIRDRE M. DALY
UNITED STATES ATTORNEY

_____
LISA D'ANGELO
SPECIAL ASSISTANT UNITED STATES ATTORNEY

_____
H. GORDON HALL
ASSISTANT UNITED STATES ATTORNEY